STEPHEN CALLAGHAN and Others, Respondents, v. FRANK BAILEY and Others, Defendants, Impleaded with WILLIAM M. GREVE, Appellant [Appearing Specially]. — Order unanimously affirmed, with twenty dollars costs and disbursements,

with leave to the defendant-appellant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See *Callaghan* v. *Greve*, 254 App. Div. 834.]